IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Dampier, Marlon D | Case Number: 07 B 06304 |
|---|---|---|
| | Dampier, Valerie I | Judge: Hollis, Pamela S |
| | Printed: 12/19/07 | Filed: 4/9/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: October 1, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 851.19 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 851.19 |
| Totals: | 851.19 | 851.19 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | CitiFinancial Mortgage | Secured | 0.00 | 0.00 |
| 2. | Lighthouse Financial Group | Secured | 0.00 | 0.00 |
| 3. | CitiFinancial Mortgage | Secured | 33,076.09 | 0.00 |
| 4. | Peoples Energy Corp | Unsecured | 417.09 | 0.00 |
| 5. | Commonwealth Edison | Unsecured | 347.04 | 0.00 |
| 6. | NCO Financial Systems | Unsecured | 896.92 | 0.00 |
| 7. | Account Management Service | Unsecured | | No Claim Filed |
| 8. | Blue Cross & Blue Shield | Unsecured | | No Claim Filed |
| 9. | Advocate Illinois Masonic | Unsecured | | No Claim Filed |
| 10. | AT&T | Unsecured | | No Claim Filed |
| 11. | Allied Interstate | Unsecured | | No Claim Filed |
| 12. | Blue Cross & Blue Shield | Unsecured | | No Claim Filed |
| 13. | Columbia Olympia Fields | Unsecured | | No Claim Filed |
| 14. | Adventist Health Partners | Unsecured | | No Claim Filed |
| 15. | Lakeview Health Systems, LLC | Unsecured | | No Claim Filed |
| 16. | City Of Chicago | Unsecured | | No Claim Filed |
| 17. | Illinois Fair Plan | Unsecured | | No Claim Filed |
| 18. | Direct Tv | Unsecured | | No Claim Filed |
| 19. | Creditors Discount & Audit Co | Unsecured | | No Claim Filed |
| 20. | First Financial | Unsecured | | No Claim Filed |
| 21. | Jeffrey Granich | Unsecured | | No Claim Filed |
| 22. | Maxwell & Associates Inc | Unsecured | | No Claim Filed |
| 23. | Lighthouse Financial Group | Unsecured | | No Claim Filed |
| 24. | Professional Account Management | Unsecured | | No Claim Filed |
| 25. | Malcolm S Gerald & Assoc | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE:** Dampier, Marlon D | Case Number: 07 B 06304 | |
| Dampier, Valerie I | Judge: Hollis, Pamela S | |
| Printed: 12/19/07 | Filed: 4/9/07 | |

| | | | | |
|---|---|---|---|---|
| 26. | Midwest Physician Group | Unsecured | | No Claim Filed |
| 27. | Riverside Psychiatric | Unsecured | | No Claim Filed |
| 28. | St James Hospital | Unsecured | | No Claim Filed |
| 29. | Professional Account Management | Unsecured | | No Claim Filed |
| 30. | St James Hospital | Unsecured | | No Claim Filed |
| 31. | Southeastern Medical Center | Unsecured | | No Claim Filed |
| 32. | Universal Casualty Co | Unsecured | | No Claim Filed |
| 33. | Loan Express Company | Unsecured | | No Claim Filed |
| 34. | Wellington Radiology | Unsecured | | No Claim Filed |
| 35. | Suburban Emergency Physician | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 34,737.14 | $ 0.00 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

